IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 3:19-CR-17 HTW-FKB

LARRY KENTEAL COVINGTON

## **ORDER**

This cause comes to be heard on the letter/motion of defendant Larry Covington [doc. no. 32]. The defendant was sentenced by this court and is currently serving a sentence of incarceration with the Federal Bureau of Prisons.

This defendant's letter was construed by the clerk as a motion. This court, however, upon reviewing defendant's letter, is unable to determine that the letter asks this court for any relief over which this court has any authority. The motion **[doc. no. 32]** is therefore, denied.

SO ORDERED this the 11th day of August, 2021.

                                                         s/ HENRY T. WINGATE
                                                         UNITED STATES DISTRICT COURT JUDGE